# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL BEASLEY,<br><br>  Petitioner,<br><br>  v.<br><br>CHUCK KEETON,<br><br>  Respondent. | Case No. 1:18-cv-00869-AWI-EPG-HC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION, DENYING PETITIONER'S MOTION TO STAY WITHOUT PREJUDICE, AND DISMISSING PETITION FOR WRIT OF HABEAS CORPUS WITH LEAVE TO AMEND<br><br>(ECF No. 2) |

Petitioner is proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On July 12, 2018, the Magistrate Judge issued Findings and Recommendation to dismiss the petition for writ of habeas corpus with leave to amend. (ECF No. 6). This Findings and Recommendation was served on Petitioner and contained notice that any objections were to be filed within thirty (30) days of the date of service of that order. To date, Petitioner has filed no objections, and the time for doing so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of the matter. Having carefully reviewed the entire file, the Court concludes that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued on July 12, 2018 (ECF No. 6) is ADOPTED IN FULL;

2. Petitioner's motion to stay (ECF No. 2) is DENIED WITHOUT PREJUDICE to Petitioner renewing the motion to stay if Petitioner believes he can satisfy the Rhines v. Weber, 544 U.S. 269 (2005), standard with additional facts and evidence;

3. The petition for writ of habeas corpus (ECF No. 1) is DISMISSED with leave to amend. Within **SIXTY (60) days** from the date of service of this order, Petitioner may file an amended petition for writ of habeas corpus that sets forth his exhausted claims for relief along with facts supporting each exhausted claim;

4. The Clerk of Court is directed to send Petitioner blank § 2254 habeas forms; and

5. If Petitioner fails to renew his motion to stay or file an amended petition, the instant habeas action will be CLOSED.

IT IS SO ORDERED.

Dated:   October 2, 2018

_____
SENIOR DISTRICT JUDGE